# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137092(95)

ELIZABETH DAWE,
            Plaintiff-Appellant/
            Cross-Appellee,
and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
            Intervening Plaintiff,

v                                                                    SC: 137092
                                                                    COA: 269147
                                                                    Oakland CC: 2001-036687-NH
DR. REUVAN BAR-LEVAV & ASSOCIATES,
P.C., ESTATE OF DR. REUVAN BAR-LEVAV,
M.D., and DR. LEORA BAR-LEVAV, M.D.,
            Defendants-Appellees/
            Cross-Appellants.
_____


        On order of the Chief Justice, the motion by plaintiff-appellant for extension of the time for filing her brief is considered and, it appearing the brief was filed July 28, 2009, the time for filing is extended to that date.




        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2009

Clerk